UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-08356 RGK (JCx) | Date | December 18, 2012 |
|---|---|---|---|
| Title | Manukyan v. Cach, LLC et al. | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams (Not Present) | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** **(IN CHAMBERS) Order Re: Order to Show Cause as to Plaintiff's Claims Against Defendants Chase Bank, N.A.; GE Capital Retail Bank; DB Servicing Corp.; and Midland Credit Management**

On September 27, 2012 Plaintiff Izabell Manukyan ("Plaintiff") filed a Complaint against ten defendants ("Defendants") for violations of fair credit reporting and debt collection statutes. Six Defendants moved for dismissal, which was granted as to those Moving Defendants on December 11, 2012, leaving Chase Bank, N.A.; GE Capital Retail Bank; DB Servicing Corp.; and Midland Credit Management, Inc. ("Remaining Defendants") as the remaining Defendants in this action.

The Court hereby orders Plaintiff to show cause **in writing** on or before **January 4, 2013** why Defendants Chase Bank, N.A.; GE Capital Retail Bank; DB Servicing Corp.; and Midland Credit Management should not also be dismissed from this action pursuant to Federal Rule of Civil Procedure 12(b)(6).

**IT IS SO ORDERED.**

:

Initials of Preparer