UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IZABELL MANUKYAN, an individual,<br><br>   Plaintiff,<br><br>  vs.<br><br>CACH, LLC, A Colorado Limited Liability Company; CHASE BANK USA N.A., A National Association; GE CAPITAL RETAIL BANK, A Utah Corporation; RESURGENT CAPITAL SERVICES, LP., A Delaware Limited Partnership; MACYS CORPORATE SERVICES, INC., A Delaware Corporation; MIDLAND CREDIT MANAGEMENT, INC., A Kansas Corporation; CITIBANK N.A., A National Association; WELLS FARGO BANK N.A., A National Association; DB SERVICING CORPORATION, A Delaware Corporation; MERCEDES-BENZ FINANCIAL SERVICES USA, LLC, a Delaware Limited Liability Company,<br><br>   Defendants. | Case No. 2:12-cv-08356 RGK JC<br>Hon. R. Gary Klausner<br>Ctrm. 850 – Roybal Fed. Bldg.<br><br>[PROPOSED] JUDGMENT OF DISMISSAL<br><br>Action Filed: September 27, 2012<br>Trial Date:  None Set |

07685.1190/2511458.1

2:12-cv-08356 RGK JC
[PROPOSED] JUDGMENT OF DISMISSAL

## JUDGMENT

The Court, having granted Defendant WELLS FARGO BANK, N.A.'S Motion to Dismiss Plaintiff's Complaint, without leave to amend, pursuant to its Minute Order on December 11, 2012 (DE#67),

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:**

1. Judgment is entered in favor of WELLS FARGO BANK, N.A. and against Plaintiff Izabell Manukyan;

2. Plaintiff shall recover nothing in this action.

**IT IS SO ORDERED.**

DATED: MAR 2 1 2013

_____
HONORABLE R. GARY KLAUSNER
U. S. DISTRICT COURT JUDGE