1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| IZABELL MANUKYAN, an individual, | CASE NO. CV 12-08356-RGK(JCx) |
|---|---|
| Plaintiff, | Hon. R. Gary Klausner<br>Courtroom 850 |
| vs. | **~~PROPOSED~~ JUDGMENT OF DISMISSAL** |
| CACH, LLC, A Colorado Limited Liability Company; CHASE BANK USA N.A., A National Association; GE CAPITAL RETAIL BANK, A Utah Corporation; RESURGENT CAPITAL SERVICES, LP, A Delaware Limited Partnership; MACYS CORPORATE SERVICES, INC., A Delaware Corporation; MIDLAND CREDIT MANAGEMENT, INC., A Kansas Corporation; CITIBANK N.A., A National Association; WELLS FARGO BANK N.A., A National Association; DB SERVICING CORPORATION, A Delaware Corporation; MERCEDES-BENZ FINANCIAL SERVICES USA, LLC, a Delaware Limited Liability Company, | |
| Defendants. | |

1 | The Court, having dismissed the matter as to Defendant DB Servicing Corporation, pursuant to its Minute Order dated January 7, 2013,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Judgment is entered in favor of Defendant DB Servicing Corporation and against Plaintiff Izabell Manukyan; and

2. Plaintiff shall recover nothing from Defendant DB Servicing Corporation in this action.

**IT IS SO ORDERED.**

DATED: 04·30·13

THE HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

1