COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IZABELL MANUKYAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CACH, LLC, A Colorado Limited Liability Company; CHASE BANK USA N.A., A National Association; GE CAPITAL RETAIL BANK, A Utah Corporation; RESURGENT CAPITAL SERVICES, LP., A Delaware Limited Partnership; MACY'S CORPORATE SERVICES, INC., A Delaware Corporation; MIDLAND CREDIT MANAGEMENT, INC., A Kansas Corporation; CITIBANK N.A., A National Association; WELLS FARGO BANK N.A., A National Association; DB SERVICING CORPORATION, A Delaware Corporation; MERCEDES-BENZ FINANCIAL SERVICES USA, LLC, a Delaware Limited Liability Company;<br><br>Defendants. | Case No.: CV 12-08356-RGK-(JCx)<br><br>[PROPOSED] JUDGMENT OF DISMISSAL<br><br>Action Filed:   September 27, 2012<br>Trial Date:      None Set |

### JUDGMENT

The Court, having granted the Motions to Dismiss Plaintiff's Complaint, without leave to amend, filed by Resurgent Capital Services, LP and Citibank, N.A., and having granted Defendant Mercedes-Benz Financial Services USA LLC's Joinder in those motions, pursuant to its Minute

1

[PROPOSED] JUDGMENT OF DISMISSAL

176.0099  2515408.1

Order on December 11, 2012 (DE#67),

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:**

1. Judgment is entered in favor of Mercedes-Benz Financial Services USA LLC and against Plaintiff Izabell Manukyan.

2. Plaintiff shall recover nothing in this action.

**IT IS SO ORDERED.**

DATED: MAY 2 2013

_____
HONORABLE R. GARY KLAUSNER
U.S. DISTRICT COURT JUDGE

COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977

2
[PROPOSED] JUDGMENT OF DISMISSAL

176.0099  2515408.1